**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

ISLANBEK ABDYLDAEV,        )
        )
        Petitioner,        )
        )
-vs-        )        NO. CIV-26-0729-HE
        )
DR. SCARLET GRANT, et al.,        )
        )
        Respondents.        )

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 30th  day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE